UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

DAN WILKINSON,              )
                            )
    Plaintiff,              )
                            )
    vs.                     )      No. 09-cv-2480 JWL/GLR
                            )
VALENTINE & KEBARTAS INC.,  )
                            )
    Defendant.              )

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, DAN WILKINSON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

NOTICE OF SETTLEMENT

1

Respectfully Submitted,

DATED:  December 4, 2009　　　　　　　KROHN & MOSS, LTD.

By: _____/s/ Patrick Cuezze_____ _
　　　　Patrick Cuezze,
　　　　Attorney for Plaintiff
　　　　Krohn & Moss, Ltd.
　　　　10474 Santa Monica Blvd., Suite 401
　　　　Los Angeles, CA 90025
　　　　 e-mail: pcuezze@consumerlawcenter.com